**Fill in this information to identify your case:**

Debtor 1: **Tracy Lee Morey**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): **Connie Denise Morey**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known): ____________

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- ■ **creditors have claims secured by your property, or**
- ■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ford Motor Credit Co.**<br>Description of property securing debt: **2024 Ford Transit 250 Van 204,000 miles Tag#-164BNJB**<br>**Blown Motor** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Keystone Equipment Finance**<br>Description of property securing debt: **2021 Ford Transit 205 Van 186,000 miles Tag#-883BPKR**<br>**Electrical issues** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's **Knoxville TVA Employees Credit Union** | ■ Surrender the property. | ■ No |

Debtor 1 **Tracy Lee Morey**
Debtor 2 **Connie Denise Morey**
Case number (*if known*)

| | | |
|---|---|---|
| name:<br><br>Description of property securing debt: **2018 Nissan Frontier 75,000 miles Tag#-636BFYJ** | ☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ Yes |
| Creditor's name: **Knoxville TVA Employees Credit Union**<br><br>Description of property securing debt: **2020 Nissan Kicks 146,052 miles Tag#-BLK5597**<br><br>**Repossessed 8/12/2026** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **United Wholesale Mortgage**<br><br>Description of property securing debt: **5573 Byrd Road Russellville, TN 37860 Hamblen County Mobile Home and .6 Acres of land** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |

**Part 2: List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

Debtor 1 **Tracy Lee Morey**
Debtor 2 **Connie Denise Morey**

Case number (*if known*)

Lessor's name:
Description of leased Property:

☐ No

☐ Yes

Debtor 1 **Tracy Lee Morey**
Debtor 2 **Connie Denise Morey**
Case number (*if known*)

**Part 3: Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X** **/s/ Tracy Lee Morey**
**Tracy Lee Morey**
Signature of Debtor 1

Date **8/20/2026**

**X** **/s/ Connie Denise Morey**
**Connie Denise Morey**
Signature of Debtor 2

Date **8/20/2026**